UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JAMES O. NAPIER,
    Defendant.

Case No. __13mj29__
(Litkovitz, MJ)

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: Official Reporter, _Luke Lavin_
Date/Time: February 1, 2012 at 1:30 pm

United States Attorney: _Christy Muncy_ Defendant Attorney: _Richard Smith-Monahan, AFPD_

*Initial Appearance Hearing on [X] Complaint;[ ] Indictment; [ ] Information; or [ ] petition for probation / supervised release*; [ ] **pretrial release violation;** [ ] **Rule 5(c)(3) proceedings out of the District of** _____

[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [X] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _Eric M. Proudfoot_ Defendant Witnesses: _____
_FBI Special Agent_ _____
AUSA Exhibits: _1 - photo images_ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[X] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [ ] Indictment or [ ] Information or [ ] Superseding Indictment*:
Defendant waives reading of: [ ] Indict [ ] Info [ ] Indict Read [ ] Info Read
Defendant pleads: [ ] GUILTY [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. ; [ ] Defendant waived preliminary examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: